UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wesley Mullins,                                             Civil No. 04-5050 (PAM/FLN)

                Plaintiff,

v.                                                          **ORDER**

Chris Salazar, Sgt. Hurd,
C.O. Gary, C.O. Valentine,
Ronald Ligions, Greg Smith,
and Lt. T. Putzier,

                Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated July 13, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motions for Temporary Restraining Order and Injunctive Relief (Clerk Doc. Nos. 4 and 7) are **DENIED**.

Dated: August 2, 2005

                                                            s/ Paul A. Magnuson
                                                            Paul A. Magnuson
                                                            United States District Court Judge