UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wesley Mullins,                                        Civil 04-5050 PAM/FLN

       Plaintiff,

                                         REPORT & RECOMMENDATION

       v.

Chris Salazar, et al.,

       Defendants.

_____

     In a separate Report and Recommendation dated August 15, 2006, this Court recommended that Defendants' motion for summary judgment be granted and that Defendants Chris Salazar, Sgt. Hurd, C.O. Gary, C.O. Valentine, Greg Smith and Lt. T. Putzier be dismissed. The remaining Defendant, Ronald Ligions, has never been served. In fact, the summons with respect to Defendant Ronald Ligions was returned unexecuted. See entry #15.

     IT IS HEREBY RECOMMENDED that Defendant Ronald Ligions be dismissed without prejudice.

DATED: August 17, 2006.                  s/ *Franklin L. Noel*
                                       FRANKLIN L. NOEL
                                       United States Magistrate Judge

Pursuant to the Local Rules, any party may object to this Report and Recommendation by filing with the Clerk of Court and serving on all parties, on or before **September 6, 2006**, written objections which specifically identify the portions of the proposed findings or recommendations to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under the rules shall be limited to 3500 words. A judge shall make a de novo determination of those portions to which objection is made.

This Report and Recommendation does not constitute an order or judgment of the District Court, and it is, therefore, not appealable to the Circuit Court of Appeals.